UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| BRITTNEY B. ATKESON, | : | Civil No. 16-12750 |
| | : | |
| *Plaintiff,* | : | Hon. George Caram Steeh |
| | : | United States District Judge |
| | : | |
| v. | : | Hon. David R. Grand |
| | : | United States Magistrate Judge |
| | : | |
| NANCY A. BERRYHILL, | : | |
| ACTING COMMISSIONER OF | ; | |
| SOCIAL SECURITY, | : | |
| | : | |
| *Defendant.* | : | |

## ORDER GRANTING DEFENDANT'S MOTION TO REMAND TO THE COMMISSIONER

Defendant's Motion to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will obtain medical and psychological expert opinions; reconsider the opinion evidence from Dr. Marquadt; further evaluate the Plaintiff's residual functional capacity; and obtain evidence from a vocational expert concerning the effect of the assessed limitations on Plaintiff's occupational base.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              United States District Judge

Date: June 5, 2017

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 5, 2017, by electronic and/or ordinary mail.

      s/Marcia Beauchemin
      Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| BRITTNEY B. ATKESON, | : | Civil No. 16-12750 |
| | : | |
| *Plaintiff,* | : | Hon. George Caram Steeh |
| | : | United States District Judge |
| | : | |
| v. | : | Hon. David R. Grand |
| | : | United States Magistrate Judge |
| | : | |
| NANCY A. BERRYHILL, | : | |
| ACTING COMMISSIONER OF | ; | |
| SOCIAL SECURITY, | : | |
| | : | |
| *Defendant.* | : | |

# **JUDGMENT**

In accordance with the Order Granting Defendant's Motion to Remand to the Commissioner entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

s/George Caram Steeh  
GEORGE CARAM STEEH  
United States District Judge

Dated: June 5, 2017